371 A.2d 504
Commonwealth v. Buchanan, Appellant.

Argued September 17, 1976. Richard E. Moose, Assistant Public Defender, with him John R. Merrick, Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.